*1033 ante, p. 803;
ante, p. 806;
ante, p. 807;
ante, p. 808;
ante, p. 810;
ante, p. 811;
ante, p. 818;
ante, p. 818;
ante, p. 821;
ante, p. 821;
ante, p. 918;
ante, p. 918;
ante, p. 828;
ante, p. 960;
ante, p. 833;
ante, p. 834;
ante, p. 834;
ante, p. 836;
ante, p. 836;
ante, p. 839;
ante, p. 839;
ante, p. 839;
*1034 No. 93-9288.
No. 93-9289.
No. 93-9296.
No. 93-9325.
No. 93-9339.
No. 93-9375.
No. 93-9421.
No. 93-9423.
No. 93-9428.
No. 93-9440.
No. 93-9459.
No. 93-9501.
No. 93-9544.
No. 93-9548.
No. 93-9567.
No. 93-9580.
No. 93-9604.
No. 93-9612.
No. 93-9620.
No. 93-9623.
No. 93-9624.
No. 93-9640.
No. 93-9641.
No. 93-9650.
No. 93-9655.
No. 93-9662.
No. 93-9677.
No. 93-9776.
ante, p. 839;
ante, p. 839;
ante, p. 840;
ante, p. 841;
ante, p. 841;
ante, p. 843;
ante, p. 845;
ante, p. 845;
ante, p. 846;
ante, p. 846;
ante, p. 848;
ante, p. 850;
ante, p. 852;
ante, p. 926;
ante, p. 854;
ante, p. 854;
ante, p. 856;
ante, p. 856;
ante, p. 856;
ante, p. 857;
ante, p. 857;
ante, p. 858;
ante, p. 858;
ante, p. 858;
ante, p. 858;
ante, p. 859;
ante, p. 860;
ante, p. 865;
*1035 No. 94-118.
No. 94-137.
No. 94-146.
No. 94-165.
No. 94-170.
No. 94-198.
No. 94-336.
No. 94-406.
No. 94-5001.
No. 94-5008.
No. 94-5014.
No. 94-5030.
No. 94-5046.
No. 94-5121.
No. 94-5158.
No. 94-5165.
No. 94-5174.
No. 94-5184.
No. 94-5195.
No. 94-5197.
No. 94-5237.
No. 94-5248.
No. 94-5308.
No. 94-5367.
ante, p. 871;
ante, p. 872;
ante, p. 806;
ante, p. 873;
ante, p. 874;
ante, p. 875;
ante, p. 947;
ante, p. 932;
ante, p. 879;
ante, p. 879;
ante, p. 879;
ante, p. 880;
ante, p. 881;
ante, p. 885;
ante, p. 887;
ante, p. 888;
ante, p. 888;
ante, p. 889;
ante, p. 890;
ante, p. 890;
ante, p. 891;
ante, p. 892;
ante, p. 895;
ante, p. 898;
*1036 No. 94-5383.
No. 94-5396.
No. 94-5483.
No. 94-5486.
No. 94-5527.
No. 94-5538.
No. 94-5544.
No. 94-5547.
No. 94-5631.
No. 94-5633.
No. 94-5669.
No. 94-5676.
No. 94-5681.
No. 94-5824.
No. 94-5864.
No. 94-5885.
No. 94-5904.
ante, p. 899;
ante, p. 899;
ante, p. 903;
ante, p. 949;
ante, p. 920;
ante, p. 906;
ante, p. 906;
ante, p. 906;
ante, p. 909;
ante, p. 944;
ante, p. 910;
ante, p. 936;
ante, p. 911;
ante, p. 914;
ante, p. 940;
ante, p. 806; and
ante, p. 940. Petitions for rehearing denied.